```
                                                              FILED
                                                    UNITED STATES DISTRICT COURT
                                                        DENVER, COLORADO
         IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLORADO              AUG 2 3 2011

                                                        GREGORY C. LANGHAM
Civil Action No. 11-cv-01978-BNB                                CLERK
```

EVERETT BRAKEMAN, also known as
EVERETTE BRAKEMAN,

    Applicant,

v.

J. W. WANDS, Warden, FCI-Florence,

    Respondent.

---

## ORDER TO FILE PRELIMINARY RESPONSE

---

As part of the preliminary consideration of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 filed on August 1, 2011, in this case and pursuant to **Redmon v. Wiley**, 550 F. Supp. 2d 1275 (D. Colo. 2008), the Court has determined that a limited Preliminary Response is appropriate. Respondents are directed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts to file a Preliminary Response limited to addressing the affirmative defense of exhaustion of administrative remedies. If Respondents do not intend to raise this affirmative defense, Respondents must notify the Court of that decision in the Preliminary Response. Respondents may not file a dispositive motion as a Preliminary Response, or an Answer, or otherwise address the merits of the claims in response to this Order.

In support of the Preliminary Response, Respondents should attach as exhibits copies of any administrative grievances Applicant has filed raising the issues asserted in

the Application, as well as any responses to those grievances. Applicant may reply to the Preliminary Response and provide any information that might be relevant to his efforts to exhaust administrative remedies. Accordingly, it is

ORDERED that **within twenty-one (21) days from the date of this Order** Respondents shall file a Preliminary Response that complies with this Order. It is

FURTHER ORDERED that **within twenty-one (21) days of the filing of the Preliminary Response** Applicant may file a Reply, if he desires. It is

FURTHER ORDERED that if Respondents do not intend to raise the affirmative defense of exhaustion of administrative remedies, Respondents must notify the Court of that decision in the Preliminary Response. It is

FURTHER ORDERED that the Order to Show Cause (ECF No. 7) is discharged. It is

FURTHER ORDERED that the "Motion for Transfer of Jurisdiction of Applicant's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. 2241" (ECF No. 3) is denied.

DATED at Denver, Colorado, this 23rd day of August, 2011.

                                                                   BY THE COURT:

                                                  *s/Craig B. Shaffer*
                                                  Craig B. Shaffer
                                                  United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01978-BNB

Everett Brakeman
Reg. No. 29546-051
FCI Florence
PO Box 6000
Florence, CO 81226

J W Wands, Warden - **CERTIFIED**
FCI Florence
PO Box 6500
Florence, CO 81226

United States Attorney General - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to J W Wands, to The United States Attorney General, and to the United States Attorney's Office: APPLICATION FOR A WRIT OF HABEAS CORPUS 8/1/11 on August 23, 2011.

                                        GREGORY C. LANGHAM, CLERK

                                        By:_____
                                                    Deputy Clerk

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

11-cv-1978
Postmark Here

Sent To: United States Attorney General
Street, Apt or PO Box: Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
City, State: Washington, D.C. 20530

PS Form 3...

7007 0440 0000 7894 3188

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

11-cv-1978
Postmark Here

Sent To: J W Wands, Warden
Street, Apt or PO Box: FCI Florence
PO Box 6500
City, State: Florence, CO 81226

7007 1490 0001 4683 3096

PS Form ... ctions